# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00625-CR

**Madeleine Perney, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 24-2331-K368
### THE HONORABLE SARAH SOELDNER BRUCHMILLER, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Madeleine Perney has filed a motion to dismiss her appeal. The motion is signed by both appellant and her attorney. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id*.

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed on Appellant's Motion

Filed:   September 30, 2025

Do Not Publish